BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; Ex parte State Dep’t of Human Res., 834 So.2d 117, 120-21 (Ala.2002); Ex parte Bryowsky, 676 So.2d 1322,1324 (Ala. 1996); Diggs v. Diggs, 910 So.2d 1274, 1275 (Ala.Civ.App.2005); and Woods v. Woods, 653 So.2d 312, 314 (Ala.Civ.App. 1994).
THOMPSON, P.J., and PITTMAN and THOMAS, JJ., concur.
MOORE, J., concurs specially.